**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00206-GPG

TAKUMA OWUO-HAGOOD,

    Plaintiff,

v.

DISTRICT AND COUNTY COURTS OF EL PASO, COUNTY, COLORADO,

    Defendant.

## ORDER OF DISMISSAL

On January 20, 2017, Plaintiff Takuma Owuo-Hagood initiated this action by submitting *pro se* a Complaint, ECF No. 1, and an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), ECF No. 2. Plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. *See* ECF No. 4.

On January 25, 2017, Magistrate Judge Gordon P. Gallagher entered an order directing Plaintiff to file an amended complaint. *See* ECF No. 5. Specifically, Magistrate Judge Gallagher explained that this Court must abstain from exercising jurisdiction over claims asking the Court to intervene in ongoing state court criminal proceedings pursuant to *Younger v. Harris,* 401 U.S. 37, 44 (1971); and Plaintiff's § 1983 claim against Defendant was barred by Eleventh Amendment immunity. *Id.* at 2-4. Plaintiff was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days. *Id.* at 5.

Plaintiff has failed to comply and file an amended complaint within the time allowed. He also has not responded in any way to Magistrate Judge Gallagher's

1

January 25 order.  Therefore, the action will be dismissed without prejudice for failure to comply and failure to prosecute.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 41(b) for failure to comply and failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  3rd  day of   March        , 2017.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court