IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00206-LTB

TAKUMA OWUO-HAGOOD,

    Plaintiff,

v.

DISTRICT AND COUNTY COURTS OF EL PASO, COUNTY, COLORADO,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 3, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 3rd day of March, 2017.

                                            FOR THE COURT,

                                            JEFFREY P. COLWELL, Clerk

                                            By: s/D. Kalsow
                                            Deputy Clerk